

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Bryace T. Jones,                    * Original Mandamus Proceeding


No. 11-23-00212-CR                        * October 19, 2023


                                          * Memorandum Opinion Williams, J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has considered Bryace T. Jones's petition for writ of mandamus and concludes that the petition should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.